**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                              **Telephone 212-349-0230**

**By ECF and Email**


September 18, 2023



Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                              Re:    U.S. v. Francisco Javier Bolivar
                                     21 Cr. 365 (RMB)

Dear Judge Berman:

         This letter is respectfully submitted to request an adjournment of the conference
currently scheduled to be held before Your Honor tomorrow.

         I am requesting three or four week adjournment to a date convenient to Your Honor,
to give me sufficient time for me to obtain some information that Mr. Bolivar has requested.
This adjournment will also avoid any potential transportation issue that may result from the
UN General Assembly being in session.

         On behalf of Mr. Bolivar, I consent to the exclusion of time for Speedy Trial
purposes.   Assistant United States Attorney Jacob Gutwillig has informed me that the
Government consents to this request.

                              Respectfully submitted,


                               /s/Andrew Patel
                              Andrew G. Patel

Conference is adjourned to 10/24/23 at
11:00 am. Time is excluded from the
Speedy Trial Act for the reasons set
forth in this letter.

cc:    All counsel (by ECF)

**SO ORDERED:**
Date: 9/18/2023                    Richard M. Berman
                                   Richard M. Berman, U.S.D.J.