**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,      :   21 CR. 365 (RMB)
                                           :
      - against -                          :   **ORDER**
                                           :
FRANCISCO JAVIER BOLIVAR-LOZANO,           :
                                           :
                    Defendant.       :
------------------------------------------------------------x

        The status conference scheduled for Tuesday, October 24, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: October 18, 2023
       New York, NY

                                                                             */s/ Richard M. Berman*
                                                                            RICHARD M. BERMAN
                                                                               U.S.D.J.