**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                              Government,       :      21 CR. 365 (RMB)
                                               :
                - against -                     :      **ORDER**
                                               :
                                               :
FRANCISCO JAVIER BOLIVAR LOZANO,               :
                                               :
                              Defendant.        :
-------------------------------------------------------------x


The status conference scheduled for Wednesday, July 10, 2024 at 10:00 A.M. will

take place in Courtroom 17B.



Dated: June 26, 2024
        New York, NY


_____
        RICHARD M. BERMAN
        U.S.D.J.