**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
               Government,    :       21 CR. 365 (RMB)
                                         :
   - against -                           :       **ORDER**
                                         :
                                         :
FRANCISCO JAVIER BOLIVAR-LOZANO,         :
                                         :
               Defendant.      :
---------------------------------------------------------------x

The status conference scheduled for Tuesday, September 17, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 10, 2024
       New York, NY

                                           RICHARD M. BERMAN
                                               U.S.D.J.