**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,   :   21 CR. 365 (RMB)
                                         :
    - against -                         :   **ORDER**
                                         :
                                         :
FRANCISCO BOLIVAR-LOZANO,                :
                                         :
                    Defendant.    :
------------------------------------------------------------x

        The plea scheduled for Tuesday, October 15, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: October 9, 2024
        New York, NY

                                                                       RICHARD M. BERMAN
                                                                            U.S.D.J.