**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,    :   21 CR. 365 (RMB)
                                         :
     - against -                         :   **ORDER**
                                         :
                                         :
FRANCISCO BOLIVAR-LOZANO,                :
                                         :
                      Defendant.     :
-----------------------------------------------------------------x

       The sentencing scheduled for Wednesday, April 9, 2025 at 1:30 P.M. will take place in Courtroom 17B.

Dated: April 2, 2025
       New York, NY

                                          _____
                                             RICHARD M. BERMAN
                                                 U.S.D.J.